## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PROSPECT SQUARE 07 A, LLC, | ) | Case No. 14-10896-EEB |
| PROSPECT SQUARE 07 B, LLC, | ) | Case No. 14-10897 EEB |
| PROSPECT SQUARE 07 C, LLC, | ) | Case No. 14-10899 EEB |
| PROSPECT SQUARE 07 D, LLC, | ) | Case No. 14-10900 EEB |
| PROSPECT SQUARE 07 E, LLC | ) | Case No. 14-10902 EEB |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | *Jointly Administered Under* |
| MSCI 2007-IQ16 RETAIL 9654, LLC, an | ) | *Case No. 14-10896-EEB* |
| Ohio limited liability company | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROSPECT SQUARE 07 A, LLC, | ) | |
| PROSPECT SQUARE 07 B, LLC, | ) | |
| PROSPECT SQUARE 07 C, LLC, | ) | |
| PROSPECT SQUARE 07 D, LLC, | ) | |
| PROSPECT SQUARE 07 E, LLC | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS MATTER having come before the Court pursuant to MSCI 2007-IQ16 Retail 9654, LLC's ("Movant") Motion for Relief from the Automatic Stay ("Motion"). The Court having conducted a preliminary hearing on February 2, 2015 ("February 2 Hearing"), and a subsequent hearing on February 12, 2015; Court having heard the arguments of counsel for the Movant and the Debtors (the "Parties"), offers of proof presented by the Parties, together with the exhibits admitted into the record, the Court having made findings of fact and conclusion of law at the February 2 Hearing, which are adopted by reference herein; the Court finding cause exists for relief from the automatic stay.

It is HEREBY ORDERED

    1.    The Motion is granted in part.

    2.    Debtors' objections to the Motion are overruled.

    3.    The Movant is granted immediate relief from the automatic stay to:

(a) Pursue all and any applicable rights and remedies which it has with respect to the Debtors' Real Estate[1] as described on **Exhibit A** hereto and incorporated herein and Other Collateral including, without limitation, to continue the Enforcement Action to: (A) seek the appointment of a receiver with respect to the Real Estate with power to collect rents and proceeds, and to take all and such other actions as available to the Movant under applicable non-bankruptcy law, (B) commence and/or continue a foreclosure action of the Real Estate and Other Collateral, and (C) take such other action available to Movant with respect to the Real Estate and Other Collateral as set forth in the Mortgage and other loan documents; and

(b) Collect and obtain from the Debtors the Encumbered Surplus Revenues (which as of January 30, 2015 is estimated to $1,081,604.28), less $75,000 which may retained by the Debtors to be used as follows: first to pay accrued but unpaid property expenses estimated by the Debtors to less than $30,000; next to pay all accrued but unpaid United States Trustee fees, estimated by the Debtors to be less than $10,000 and finally to paid allowed professional fees incurred by Debtors professionals. Debtors shall immediately transfer to Movant the Encumbered Surplus Revenues, less $75,000 (the "Transferred Encumbered Revenues").

(c) Movant agrees that it will immediately apply from the Transferred Encumbered Revenues the amounts necessary to fund: (i) accrued regular note rate interest for December 2014 in the amount of $64,374.29, for January 2015 in the amount of $64,374.29 and for February 2015 in the amount of $58,144.52 and (ii) an amount to fund a tax reserve for future real estate taxes with respect to the Property equal to $29,002.00 for December 2014, $29,002.00 for January 2015 and $29,002.00 for February 2015. Movant agrees it will place any remaining portion of the Transferred Encumbered Revenues into a suspense account until the earlier of: (x) March 13, 2015, (y) the closing of a settlement with the Debtors or (z) termination of settlement talks with the Debtors.

4. It is further ordered, that pursuant to agreement of the parties, Debtors' Motion To Limit Lien of MSCI 2007-IQ16 Retail 9654, LLC Pursuant to 11 U.S.C. 552 [Docket #207] is withdrawn.

THIS ORDER shall become effective immediately upon entry of such Order without the imposition of any further fourteen (14) days stay pursuant to B.R. 4001(a)(3).

Dated this 17th day of February, 2015.

BY THE COURT:

*[signature: Elizabeth E. Brown]*

Elizabeth E. Brown, Bankruptcy Judge

---

[1] The capitalized terms in this Order shall have the same meaning as set forth in the Motion, unless otherwise defined herein.

EXHIBIT "A"
LEGAL DESCRIPTION OF REAL PROPERTY

PARCEL I

SITUATED IN SECTION 9, TOWN 2, ENTIRE RANGE 1, MIAMI PURCHASE, COLERAIN TOWNSHIP, HAMILTON COUNTY, OHIO AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE CENTERLINE OF SPRINGDALE ROAD, SAID POINT BEING THE INTERSECTION OF THE CENTERLINE OF SPRINGDALE ROAD AND THE NORTH LINE OF SECTION 9; THENCE WITH THE CENTERLINE OF SPRINGDALE ROAD, SOUTH 45° 52' WEST, 197.82 FEET; THENCE DEPARTING THE SAID CENTERLINE OF SPRINGDALE ROAD, SOUTH 43° 53' EAST, 40.00 FEET TO THE SOUTH LINE OF SPRINGDALE ROAD AND THE POINT OF BEGINNING OF THE TRACT HEREIN DESCRIBED; THENCE DEPARTING THE SOUTH LINE OF SPRINGDALE ROAD, SOUTH 43° 53' EAST, 550.00 FEET; THENCE, SOUTH 44° 04' 35" EAST, 101.20 FEET; THENCE, SOUTH 30° 21' 27" EAST, 252.00 FEET; THENCE, SOUTH 59° 38' 33" WEST, 257.49 FEET; THENCE, SOUTH 2° 35' WEST, 182.01 FEET; THENCE NORTH 87° 32' 48" WEST, 33.00 FEET; THENCE, NORTH 2° 35' EAST, 130.70 FEET; THENCE, NORTH 87° 19' WEST, 471.92 FEET TO THE EAST LINE OF COLERAIN AVENUE; THENCE WITH THE SAID EAST LINE OF COLERAIN AVENUE, NORTH 17° 14' 57" WEST, 305.45 FEET; THENCE, DEPARTING THE SAID EAST LINE OF COLERAIN AVENUE, NORTH 75° 10' EAST, 150.87 FEET; THENCE NORTH 38° 31' EAST, 170.20 FEET; THENCE NORTH 45° 52' EAST, 200.00 FEET; THENCE, NORTH 43° 53' WEST, 210.00 FEET TO THE SAID SOUTH LINE OF SPRINGDALE ROAD; THENCE WITH THE SAID SOUTH LINE OF SPRINGDALE ROAD, NORTH 45° 52' EAST, 20.00 FEET TO THE PLACE OF BEGINNING.

PARCEL II

SITUATED IN SECTION 9, TOWN 2, ENTIRE RANGE 1, MIAMI PURCHASE, COLERAIN TOWNSHIP, HAMILTON COUNTY, OHIO AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE CENTERLINE OF COLERAIN AVENUE AND THE CENTERLINE OF SPRINGDALE ROAD; THENCE WITH THE CENTERLINE OF COLERAIN AVENUE, SOUTH 17° 11' EAST, 703.32 FEET; THENCE DEPARTING THE SAID CENTERLINE OF COLERAIN AVENUE, SOUTH 87° 19' EAST 76.23 FEET TO A POINT, THE REAL PLACE OF BEGINNING OF THE TRACT HEREIN DESCRIBED; SAID POINT BEING IN THE EAST RIGHT OF WAY LINE OF COLERAIN AVENUE; THENCE SOUTH 87° 19' EAST 400.97 FEET; THENCE NORTH 2° 35' EAST 130.70 FEET; THENCE NORTH 87° 19' WEST, 200.00 FEET; THENCE SOUTH 2° 35' WEST 106.70 FEET; THENCE NORTH 87° 19' WEST, 75.91 FEET; THENCE NORTH 80° 03' WEST, 125.35 FEET TO A POINT IN THE SAID EAST LINE OF COLERAIN ROAD; THENCE WITH THE EAST LINE OF COLERAIN ROAD, SOUTH 03° 40' 21" EAST, 39.86 FEET TO THE PLACE OF BEGINNING.

PARCEL III

NON-EXCLUSIVE EASEMENT DESIGNATED AS EASEMENT II IN THE DEED FILED IN DEED VOLUME 4229, PAGE 1007 OVER THE FOLLOWING DESCRIBED PROPERTY:

SITUATED IN SECTION 9, TOWN 2, ENTIRE RANGE 1, MIAMI PURCHASE, COLERAIN TOWNSHIP, HAMILTON COUNTY, OHIO AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE CENTERLINE OF SPRINGDALE ROAD, SAID POINT BEING THE INTERSECTION OF THE CENTERLINE OF SPRINGDALE ROAD AND THE NORTH LINE OF SECTION 9; THENCE WITH THE CENTERLINE OF SPRINGDALE ROAD, SOUTH 45° 52' WEST, 177.02 FEET; THENCE DEPARTING THE SAID CENTERLINE OF SPRINGDALE ROAD, SOUTH 43° 53' EAST, 40.00 FEET TO THE SOUTH LINE OF SPRINGDALE ROAD AND THE REAL PLACE OF BEGINNING; THENCE SOUTH 43° 53' EAST, 210.00 FEET; THENCE NORTH 45° 52' EAST, 92.82 FEET; THENCE SOUTH 43° 53' EAST, 180.26 FEET; THENCE SOUTH 2° 35' WEST, 17.33 FEET; THENCE SOUTH 87° 45' EAST, 69.89 FEET; THENCE SOUTH 2° 15' WEST, 65.00 FEET; THENCE NORTH 87° 45' WEST, 50.68 FEET; THENCE SOUTH 30° 21' 27" EAST, 200.92 FEET; THENCE SOUTH 59° 38' 33" WEST, 20.00 FEET; THENCE NORTH 44° 04' 35" WEST, 101.20 FEET; THENCE NORTH 43° 53' WEST, 550.00 FEET TO THE SAID SOUTH LINE OF SPRINGDALE ROAD; THENCE WITH THE SAID SOUTH LINE OF SPRINGDALE ROAD, NORTH 45° 52' EAST, 20.00 FEET TO THE PLACE OF BEGINNING.

6479\82\1082933.2

A-1

10674  1722

PARCEL IV:

ALL THE IMPROVEMENTS AND BUILDINGS LOCATED ON THE FOLLOWING DESCRIBED REAL ESTATE:

SITUATED IN SECTION 9, TOWN 2, ENTIRE RANGE 1, MIAMI PURCHASE, COLERAIN TOWNSHIP, HAMILTON COUNTY, OHIO AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE CENTERLINE OF SPRINGDALE ROAD, SAID POINT BEING THE INTERSECTION OF THE CENTERLINE OF SPRINGDALE ROAD AND THE NORTH LINE OF SECTION 9; THENCE WITH THE CENTERLINE OF SPRINGDALE ROAD, SOUTH 45° 52' WEST, 177.82 FEET; THENCE DEPARTING THE SAID CENTERLINE OF SPRINGDALE ROAD, SOUTH 43° 53' EAST, 40.00 FEET TO THE SOUTH LINE OF SPRINGDALE ROAD AND THE REAL PLACE OF BEGINNING; THENCE SOUTH 43° 53' EAST, 210.00 FEET; THENCE NORTH 45° 52' EAST, 92.82 FEET; THENCE SOUTH 43° 53' EAST, 180.26 FEET; THENCE SOUTH 2° 35' WEST, 17.23 FEET; THENCE SOUTH 87° 45' EAST, 69.85 FEET; THENCE SOUTH 2° 15' WEST, 65.00 FEET; THENCE NORTH 87° 45' WEST, 50.60 FEET; THENCE SOUTH 30° 21' 27" EAST, 200.92 FEET; THENCE SOUTH 59° 38' 33" WEST, 20.00 FEET; THENCE NORTH 44° 04' 35" WEST, 101.20 FEET; THENCE NORTH 43° 53' WEST, 550.00 FEET TO THE SAID SOUTH LINE OF SPRINGDALE ROAD; THENCE WITH THE SAID SOUTH LINE OF SPRINGDALE ROAD, NORTH 45° 52' EAST, 20.00 FEET TO THE PLACE OF BEGINNING.

PARCEL V

NON-EXCLUSIVE EASEMENTS FOR INGRESS AND EGRESS AS CREATED IN INSTRUMENT FILED JUNE 22, 1981 AND RECORDED IN DEED BOOK 4215, PAGE 1797, RECORDER'S OFFICE, HAMILTON COUNTY, OHIO.

PARCEL VI

NON-EXCLUSIVE EASEMENTS FOR INGRESS, EGRESS AND SIGN AS CREATED IN GRANT AND DEED OF EASEMENT FOR INGRESS AND EGRESS FILED AUGUST 10, 1983 AND RECORDED IN DEED BOOK 4264, PAGE 435, RECORDER'S OFFICE, HAMILTON COUNTY, OHIO.

G4701821\1083933.3         A-2

10674   1723