IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>PROSPECT SQUARE 07 A, LLC,<br>  Debtor. | ) <br> ) Case No. 14-10896-EEB <br> ) Chapter 11 <br> ) |
| IN RE:<br>PROSPECT SQUARE 07 B, LLC,<br>  Debtor. | ) <br> ) Case No. 14-10897-EEB <br> ) Chapter 11 <br> ) |
| IN RE:<br>PROSPECT SQUARE 07 C, LLC,<br>  Debtor. | ) <br> ) Case No. 14-10899-EEB <br> ) Chapter 11 <br> ) |
| IN RE:<br>PROSPECT SQUARE 07 D, LLC,<br>  Debtor. | ) <br> ) Case No. 14-10900-EEB <br> ) Chapter 11 <br> ) |
| IN RE:<br>PROSPECT SQUARE 07 E, LLC,<br>  Debtor. | ) <br> ) Case No. 14-10902-EEB <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Under Case No. 14-10896-EEB |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO (1) MOTION FOR APPROVAL OF SALE OF PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND (2) MOTION TO APPROVE SETTLEMENT AGREEMENT BY AND BETWEEN DEBTORS AND MSCI 2007-IQ16 RETAIL 9654, LLC**

UPON CONSIDERATION of the Debtors' Motion to Shorten Notice Period with Respect to the (1) Motion for Approval of Sale of Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. § 363(f) ("Sale Motion"), and (2) Motion to Approve Settlement Agreement By and Between Debtors and MSCI-IQ16 Retail 9654, LLC ("Settlement Motion"), the Court having considered the Motion, and for good cause shown, hereby ORDERS that:

1. The Motion is GRANTED.

2. The notice period pursuant to Fed. R. Bankr. P. 2002 and 9019 with respect to the Debtors' Sale Motion and Settlement Motion is shortened from 21 days to 10 days. Any responses or objections to the Sale Motion and Settlement Motion shall be filed on or before July 13, 2015.

Dated: July 6, 2015

BY THE COURT:

*Elizabeth E. Brown* (signature)

Elizabeth E. Brown,
United States Bankruptcy Judge