IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| PROSPECT SQUARE 07 A, LLC, | ) | Case No. 14-10896-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| PROSPECT SQUARE 07 B, LLC, | ) | Case No. 14-10897-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| PROSPECT SQUARE 07 C, LLC, | ) | Case No. 14-10899-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| PROSPECT SQUARE 07 D, LLC, | ) | Case No. 14-10900-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| PROSPECT SQUARE 07 E, LLC, | ) | Case No. 14-10902-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| | ) | Under Case No. 14-10896-EEB |

**ORDER GRANTING DEBTORS' MOTION FOR APPROVAL OF SALE OF
PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND
INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**

This matter having come before the Court on the Debtors' Motion for Approval of Sale
of Property Free and Clear of Liens, Claims, Encumbrances and Interests, Pursuant to 11 U.S.C.
§ 363(f) (the "Motion") and the Court, finding proper notice having been given and being
advised in the premises,

HEREBY ORDERS that the Motion is GRANTED. Pursuant to 11 U.S.C. § 363, and the
terms of the *Agreement for Purchase and Sale of Real Property* attached as Exhibit 2 to the
Motion ("Sale Agreement"), the Debtors are authorized to close the sale of its retail shopping
center located at 9690 Colerain Ave., Cincinnati, Ohio ("Property"), as is more fully described in
the Motion and Sale Agreement, to the Purchaser, ACF Property Management, Inc., as set forth
in the Sale Agreement free and clear of liens, claims, encumbrances, and interests. It is further

ORDERED that because any outstanding real property taxes due and owing to the
Hamilton County Treasurer will be paid at closing, because MSCI 2007-IQ 16 Retail 9654, LLC
("MSCI") will be paid in full pursuant to the terms of the Settlement Agreement and because
MSCI has consented to the proposed sale, the sale of the Property shall be made free and clear of

liens, claims, encumbrances and interests.  It is further

ORDERED that the terms of the Sale Agreement are approved and the real property taxes due and owing on the Property shall be paid in full at closing.

ORDERED that the Debtors are authorized to execute any other documents necessary to consummate the sale of the Property.

Dated:_____July 15, 2015_____

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge