IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| PROSPECT SQUARE 07 A, LLC, ) | Case No. 14-10896-EEB |
|   Debtor. ) | Chapter 11 |
| ) | |
| IN RE: ) | |
| PROSPECT SQUARE 07 B, LLC, ) | Case No. 14-10897-EEB |
|   Debtor. ) | Chapter 11 |
| ) | |
| IN RE: ) | |
| PROSPECT SQUARE 07 C, LLC, ) | Case No. 14-10899-EEB |
|   Debtor. ) | Chapter 11 |
| ) | |
| IN RE: ) | |
| PROSPECT SQUARE 07 D, LLC, ) | Case No. 14-10900-EEB |
|   Debtor. ) | Chapter 11 |
| ) | |
| IN RE: ) | |
| PROSPECT SQUARE 07 E, LLC, ) | Case No. 14-10902-EEB |
|   Debtor. ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| ) | Under Case No. 14-10896-EEB |

## ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN DEBTORS AND MSCI 2007-IQ16 RETAIL 9654, LLC

THIS MATTER having come before the Court on the Debtors' Motion to Approve Settlement Agreement By and Between Debtors and MSCI 2007-IQ16 Retail, 9654, LLC ("Motion"), notice having been provided and no substantiated objections having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED
1. That the Motion is granted;
2. That the DPO Letter Agreement dated June 30, 2015, attached to the Motion as Exhibit 1 (the "Settlement Agreement"), is hereby APPROVED; and
3. The Debtors are hereby authorized and directed to perform under the terms of the Settlement Agreement.

Dated: July 15, 2015

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown,
United States Bankruptcy Judge